# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MIGUEL DELGADO<br>CDCR AP 3975<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>PLAINTIFF(S),<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:20-cv-09324-JAK-AFM<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY:**<br>☐ FULL FILING FEE<br>☑ INITIAL PARTIAL FILING FEE |
|---|---|

On ___October 15, 2020 (ECF No. 7)___, plaintiff was granted permission pursuant to 28 U.S.C. § 1915 (b)(1) to file the above-referenced action without prepaying the full filing fee of $350.00, but plaintiff was ordered to pay the ☐ full filing fee ☑ initial partial filing fee, in the amount of $___55.99___ within thirty (30) days to the Clerk of Court.

The plaintiff has not complied with 28 U.S.C. § 1915 (b)(1) and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee.

Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the ☐ full filing fee or ☑ initial partial filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

___12/18/2020___
Date

_/s/ Alex MacKinnon_
United States Magistrate Judge