JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL DELGADO, | Case No. 2:20-cv-09324-JAK (AFM) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: July 15, 2021

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE